## United States District Court

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

**MELVIN RUTH**

**WARRANT FOR ARREST**

CASE NUMBER: 00-4083-BSS

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Melvin Ruth

*FILED by APR 1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

and bring him or her forthwith to the nearest magistrate to answer a(n)           Name

☐ Indictment   ☐ Information   x☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) knowingly and willfully devising, intending to devise a scheme or artifice to defraud for obtaining money, property by means of false, fraudulent pretenses, representations or promises, and for the purpose of executing such scheme and artifice to defraud, caused to be placed in any post office or authorized depository for mail matter, letters including contracts and account customer information, to be delivered by mail and also as part of this scheme and artifice to defraud, to obtain money by means of false and fraudulent pretenses, representations, caused to be transferred by means of a wire communication, money wire transfers in interstate commerce, in violation of Title 18, U.S.C. §§1341 and 1343

Barry S. Seltzer
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 500,000 corporate surety bond with Nebbia

United States Magistrate Judge
Title of Issuing Officer

Ft. Lauderdale, Florida  —  April 17, 2000
Date and Location

by ____United States Magistrate Judge____
Name of Judicial Officer

---

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |