## COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 04/18/2000    TIME: 9:30 AM

DEFT. MELVIN RUTH ✓ (J)         CASE NO. 00-4083-SELTZER ✓

AUSA. Janice LeClaincHe ✓ / JEFFREY KAY         ATTY. Kirk Volker for (Temp) Richard Lubin

AGENT. STEFAN NASS-FBI         VIOL. 18:1341, 1343

PROCEEDING   INITIAL HEARING         BOND. $500,000 CSB W/NEBBIA RECOMM.

DISPOSITION Initial held
Deft present with cocounsel - sworn
Notice of temporary appearance filed
Complaint read to deft & advised of his rights
Bond hearing set for Wednesday, 4-19-00
9:30 am before Judge Vitunac.

DATE: 4-18-00         TAPE: AEV 00-25-3277