Clarence Maddox, Clerk
United States District Court
Southern District of Florida
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-4083-

UNITED STATES OF AMERICA
      Plaintiff,

vs

MELVIN RUTH,
      Defendant(s),

**NOTICE OF TEMPORARY APPEARANCE AS COUNSEL**

COMES NOW _KIRK C. VOLKER, ESQ._ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Print): _KIRK C. VOLKER FOR RICHARD G. LUBIN, P.A._

Counsel's Signature: _Kirk C. Volker_

Counsel's Address: _1217 S. FLAGLER DR., SECOND FLOOR_

_W. PALM BEACH, FLORIDA_   Zip Code _33401_

Counsel's Telephone: _(561) 655-2040_