**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: __00-4083-SELTZER__

UNITED STATES OF AMERICA,

    Plaintiff,

ORDER ON INITIAL APPEARANCE

Language __ENGLISH__

v.

Tape No. __AEV 00-25-3277__

    Defendant.

AUSA __JANICE LECLAINCHE__

__MELVIN RUTH__ /

Agent __FBI__

The above-named defendant having been arrested on __4-18-00__, having appeared before the court for initial appearance on __4-18-00__, and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. __KIRK C. VOLKER FOR RICHARD LUBIN__ appeared as ~~permanent~~ temporary counsel of record.

   Address: __1217 S. FLAGLER DRIVE, SECOND FLOOR, WPB, FL.__

   Zip Code: __33401__ Telephone: __561-655-2040__

2. _____ appointed as permanent counsel of record.

   Address: _____

   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 19____.

4. Arraignment/~~Preliminary/Removal/Identity/Detention Hearing__ __TO BE SET AT BOND HEARING__, 19____.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because __COURT ORDERED__.

   A __BOND__ ~~detention~~ hearing, pursuant to 18 U.S.C. 3142(f), is set for __WEDNESDAY, 4-19-00 @ 9:30 AM__ BEFORE __JUDGE VITUNAC__

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18: U.S.C. 3142:

_____

_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

___ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other: _____

___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

___ d. Maintain or actively seek full-time gainful employment.

___ e. Maintain or begin an educational program.

___ f. Avoid all contact with victims of or witnesses to the crimes charged.

___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

___ h. Comply with the following curfew: _____

—1—

SD/F M-1
Rev.12/95

___ i. Comply with the following additional special conditions of this bond: _____

_____

This bond was set:   At Arrest    _____

                   On Warrant  _____

                   After hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

___ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post the bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

    DONE AND ORDERED at ____**WPB**____, this __**18**__ day of ____**APRIL**____ XXXX **2000**.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD TO Pretrial Services

SD/F M-1
Rev.12/95

—2—