# COURT MINUTES

COPY FOR JUDGE

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**  DATE: 04/19/2000    TIME: 9:30 AM

**DEFT.** _____ MELVIN RUTH ✓(J) _____     **CASE NO.** _____ 00-4083-SELTZER _____

**AUSA.** _Eileen O'Connor ✓_ / JEFFREY KAY     **ATTY.** KIRK VOLKER FOR ✓ RICHARD LUBIN (TEMP.)

**AGENT.** STEFAN NASS-FBI     **VIOL.** 18:1341, 1343

**PROCEEDING** BOND HEARING     **BOND.** $500,000 CSB W/NEBBIA RECOMM.

**DISPOSITION** Bond hearing held.
Deft present with counsel.
Witness: Kathy Massio - Girlfriend - sworn/test.
Gov't. Proffers Evidence.
Defense present arguments.
Court sets bond @ $500,000 CSB w/ Nebbia.
If deft cannot make bond, a detention hearing may be held.
Nebbia to be held @ defense request.
& ~~Status re Counsel~~ Arraignment set for Monday, 5-8-00 @ 11:00am in Ft. Laud. before Duty Magistrate Judge

FILED BY ___ 00 APR 19 PM 10:45
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

DATE: 4-19-00     TAPE: AEV 00-26 - 1902
                        00-27-1