AO 442 (Rev. 12/85) Warrant for Arrest

# *United States District Court*

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

**MELVIN RUTH**

CASE NUMBER: 00-4083-BSS

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Melvin Ruth__

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   x☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) knowingly and willfully devising, intending to devise a scheme or artifice to defraud for obtaining money, property by means of false, fraudulent pretenses, representations or promises, and for the purpose of executing such scheme and artifice to defraud, caused to be placed in any post office or authorized depository for mail matter, letters including contracts and account customer information, to be delivered by mail and also as part of this scheme and artifice to defraud, to obtain money by means of false and fraudulent pretenses, representations, caused to be transferred by means of a wire communication, money wire transfers in interstate commerce. In violation of Title 18, S.C. §§1341 & 1343

Barry S. Seltzer
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

Ft. Lauderdale, Florida — April 17, 2000
Date and Location

Bail fixed at $ 500,000 corporate surety and with Nebbia

by __United States Magistrate Judge__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Detainer pick up from Palm Beach County Jail |||
| DATE RECEIVED<br>4/17/2000 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER<br>Fred Depompa, SDUSM |
| DATE OF ARREST<br>4/18/2000 | FOR: FBI | |