UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE #  00-4083-BSS

VS.                               REPORT COMMENCING CRIMINAL ACTION

Melvin Ruth            PRISONER #  53779-004

**********************************************************************
TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

   MIAMI     FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
**********************************************************************

ALL ITEMS ARE TO BE COMPLETED.  INFORMATION NOT APPLICABLE OR
UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST:  4/18/00.

2) LANGUAGE(S) SPOKEN:  English

3) OFFENSE(S) CHARGED:  Mail Fraud

4) U. S. CITIZEN  [✓] YES    [ ] NO    [ ] UNKNOWN

5) DATE OF BIRTH:  1/23/41

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [✓] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT:  S/FL

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES  [✓] NO

7) AMOUNT OF BOND:  N/A          WHO SET BOND  V, func

8) ARRESTING AGENT:  Delgado          DATE:  4/18/00

9) AGENCY  USMS          PHONE:

10) REMARKS:  Detainer P/V

8/
Enf

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 04/19/2000    TIME: ___9:30 AM

DEFT._____MELVIN RUTH___(J)_____    CASE NO.____00-4083-SELTZER____

_Eileen O'Connor_
AUSA._____JEFFREY KAY_____    KIRK VOLKER FOR
    ATTY._RICHARD LUBIN___(TEMP.)_

AGENT._STEFAN NASS-FBI_____    VIOL.____18:1341, 1343_____

PROCEEDING___BOND HEARING_____    BOND._$500,000 CSB W/NEBBIA RECOMM.

DISPOSITION _Bond hearing held_

_Deft present with Counsel._

_Witness: Kathy Massio - Girlfriend - Sister_

_Govt. Proffers Evidence_

_Defense present arguments._

_Court sets bond @ $500,000 CSB w/Nebbia._

_If deft cannot make bond, a detention_

_hearing may be held._

_Nebbia to be held @ defense request._

_§ Arraignment Set for Monday, 5-8-00 @ 11:00am_

_Status re Counsel_

_in Ft. Laud. before Duty Magistrate Judge_

DATE:___4-19-00_____    TAPE: _AEV 00-26 -1902_
    _00-27-1_