| | | | |
|---|---|---|---|
| DEFT: | MELVIN RUTH (J)# | CASE NO: | 00-4083-BSS |
| AUSA: | Jeff Kay  present | ATTNY: | Jeff Volker  present |
| AGENT: | | VIOL: | |
| PROCEEDING: | Prelim/Arraignment | BOND REC: | |

BOND HEARING HELD – (yes)/no     COUNSEL APPOINTED: _____

BOND SET @ $15,000 -10% Cash   4,500 now/balance in 10 days
              $100,000 PSB
CO-SIGNATURES: fiancee

FILED by _____ D.C.
MAY 8 2000
CLARENCE MADDOX
CLERK U.S. DIST CT
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

✓ 1) Do not violate any law.
✓ 2) Appear in court as directed.
  3) Surrender and/or do not obtain passports/travel documents.
✓ 4) Rpt to PTS as directed /or  2  x's a week/month by phone;  2  x's a week/month (in person).
  5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
✓ 6) Maintain or seek full-time employment.
  7) Maintain or begin an educational program.
  8) No contact with victims/witnesses.
  9) No firearms.
✓ 10) Curfew: 12:00am → 6am
  11) Travel extended to: SD/FL
  12) ____ Halfway House
      ____ Electronic Monitoring  until gov't satisfied his complying w/ conditions
      party
reside at current address no illegal drugs or excessive alcohol

Δ - Signs waiver of
timely preliminary
hearing -
Matter reset 6-8-00
Δ - sworn

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-8-00 | 11:00am | BSS ✓ |
| STATUS CONFERENCE: | | | |
| DATE: 5-8-00 | TIME: 2:00pm | TAPE # 00- 00-032 PG # | 5 |

1380-1846