**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY _____

00 MAY 11 AM 11: 32

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES OF AMERICA

v.                                                    CASE NO. 00-4083m

MELVIN RUTH,                                 Magistrate Judge Barry S. Seltzer

Defendant.

_____

### PETITION TO MODIFY CONDITION OF PRETRIAL RELEASE CONCERNING DEFENDANT'S RESIDENTIAL ADDRESS

Defendant, MELVIN RUTH, by and through the undersigned counsel, pursuant to 18 U.S.C. s. 3142(c)(2), hereby files this petition for an order modifying the condition of his pretrial release that requires him to live at his current address and in support hereof states the following:

1. On May 8, 2000, the Court granted a Motion to Amend conditions of pretrial release in the above-styled case and ordered among other conditions of pretrial release, the added condition that the Defendant was to remain at his place of residence at 6199 La Vida Terrace, Boca Raton, Palm Beach County, Florida 33433, between the hours of 12:00 A.M. and 6:00 A.M.

2. The Defendant and his fiancee, Cathy Masseo would like to move to a new residence located at 2727 S.E. 9th Street, Pompano Beach, Broward County, Florida 33074, and rent out the home at 6199 La Vida Terrace, Boca Raton, Palm Beach County, Florida 33433.

3. The undersigned has already notified Joan Bailis from Pretrial Services concerning the above-mentioned desire to change the Defendant's address, and has provided her with the new address to which the Defendant is seeking permission to move to.

4. Assistant United States Attorney Jeffrey H. Kay has been contacted by the undersigned with regard to the Defendant changing his address as set forth above, and he has no



objection to the Court granting this Petition.

WHEREFORE, based upon the reasons set forth above, the Defendant requests this Honorable Court to grant his Petition to Modify Condition of Pretrial Release Concerning Defendant's Residential Address.

> RICHARD G. LUBIN, P.A.
> Second Floor, Flagler Plaza
> 1217 South Flagler Drive
> West Palm Beach, FL 33401-6707
> Telephone: 561/655-2040
> Facsimile: 561/655-2182
> Attorneys for Defendant
>
> By: *[signature]*
> KIRK C. VOLKER
> Fla. Bar No. 439134

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing petition has been mailed to Jeffrey H. Kay, Esq., Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33394-3092 this 9th day of May, 2000.

*[signature]*
KIRK C. VOLKER