**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.   CASE NO.

MELVIN RUTH,   Magistrate Judge Barry S. Seltzer

Defendant.

_____

**ORDER MODIFYING CONDITION OF DEFENDANT'S PRETRIAL RELEASE CONCERNING RESIDENTIAL ADDRESS**

THIS CAUSE came before the Court upon the Defendant's Petition to Modify Condition of Pretrial Release Concerning Defendant's Residential Address, without objection by the United States of America, and the Court being fully advised in the premises, orders as follows:

ORDERED AND ADJUDGED that the Defendant's Petition to Modify Condition of Pretrial Release Concerning Defendant's Residential Address is hereby granted. The Defendant shall be required to live at 2727 S.E. 9th th Street, Pompano Beach, Broward County, Florida, and remain there between the hours of 12:00 A.M. and 6:00 A.M. every day, until further order by the Court. All of the other terms and conditions of the Defendant's Pretrial Release as ordered by this Court on May 8, 2000, shall remain in effect.

SIGNED AND ENTERED this ____ day of May, 2000.

BARRY S. SELTZER
United States Magistrate Judge

cc: Richard G. Lubin, Esq.
Jeffrey H. Kay, Assistant United States Attorney

