UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
MAY 17 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA

v.  CASE NO.: 00-4083-Seltzer

MELVIN RUTH,  Magistrate Judge Barry S. Seltzer
Defendant.
_____/

### UNOPPOSED MOTION TO WAIVE
### PRELIMINARY HEARING UNTIL JULY 7, 2000

Defendant, MELVIN RUTH, by and through his undersigned attorney, moves this Court for an Order extending the date for Preliminary Hearing from June 8, 2000, until July 7, 2000. In support of this motion, Defendant states the following:

1. The undersigned has spoken with Assistant United States Attorney Jeffrey H. Kay who joins in this motion.

**WHEREFORE,** for the reasons set forth above, Defendant respectfully requests that the motion be granted.

**I HEREBY CERTIFY** that a true copy hereof has been mailed to Jeffrey H. Kay, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394-3092 this 17th day of May, 2000.

**RICHARD G. LUBIN, P.A.**
Second Floor, Flagler Plaza
1217 South Flagler Drive
West Palm Beach, FL 33401-6706
Telephone: 561/655-2040
Facsimile: 561/655-2182
Attorneys for Defendant

By: _____
RICHARD G. LUBIN
Fla. Bar No. 182249