UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED

MAY 17 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

v.   CASE NO.: 00-4083-Seltzer

MELVIN RUTH,   Magistrate Judge Barry S. Seltzer

Defendant.
_____/

### UNOPPOSED MOTION TO EXTEND DATE FOR POSTING OF FUNDS WITH REGISTRY OF THE COURT

Defendant, MELVIN RUTH, by and through his undersigned attorney, moves this Court for an Order extending from May 18, 2000, until June 8, 2000, the requirement that he place Ten Thousand Five Hundred Dollars ($10,500) with the Registry of the Courts. In support of this motion, Defendant states as follows:

1.   On May 8, 2000, Defendant appeared before the Honorable Barry S. Seltzer for a bond hearing.

2.   At that time, the Court released Mr. Ruth with a number of conditions including a requirement that within ten (10) days he post an additional Ten Thousand Five Hundred Dollars ($10,500) with the Registry of the Court to procure his bond.

3.   The undersigned requests that the date for the posting of these funds be extended until June 8, 2000.

4.   The undersigned has contacted Assistant United States Attorney Jeffrey Kay who does not oppose this motion.

**WHEREFORE,** for the reasons set forth above, Defendant respectfully requests that the motion be granted.

**RICHARD G. LUBIN, P.A.**
Second Floor, Flagler Plaza
1217 South Flagler Drive
West Palm Beach, FL 33401-6706
Telephone: 561/655-2040
Facsimile: 561/655-2182
Attorneys for Defendant

By: _____
RICHARD G. LUBIN
Fla. Bar No. 182249

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing motion has been mailed to Jeffrey H. Kay, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394-3092 this 17th day of May, 2000.

By: _____
RICHARD G. LUBIN

2