UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

v.                                         CASE NO.: 00-4083-Seltzer

MELVIN RUTH,                               Magistrate Judge Barry S. Seltzer

Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND DATE FOR POSTING OF FUNDS WITH REGISTRY OF THE COURT

**THIS CAUSE** having come before the Court upon the Unopposed Motion to Extend Date for Posting of Funds with Registry of the Court, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to Extend Date for Posting of Funds with Registry of the Court is granted. Defendant has until June 8, 2000 to furnish Ten Thousand Five Hundred Dollars ($10,500) with the Registry of the Court.

**SIGNED AND ENTERED** this ____ day of May, 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies furnished:

Richard G. Lubin, Esq., 1217 S. Flagler Dr., West Palm Beach, FL 33401
AUSA Jeffrey H. Kay, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394

