**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.                                                              CASE NO. 00-4083-SELTZER

MELVIN RUTH,                                        Magistrate Judge Barry S. Seltzer

Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND DATE FOR POSTING
## OF FUNDS WITH REGISTRY OF THE COURT

Defendant, MELVIN RUTH, by and through his undersigned attorney, moves this Court for an Order extending from June 8, 2000, until July 7, 2000, the requirement that he place $10,500 with the Registry of the Court. In support of this motion, Defendant states as follows:

1. On May 8, 2000, Defendant appeared before the Honorable Barry S. Seltzer for a bond hearing. At that time, the Court released Mr. Ruth with a number of conditions, including a requirement that within ten (10) days he post an additional $10,500 with the Registry of the Court to procure his bond.

2. On May 22, 2000, this Court entered an Order granting Defendant's unopposed motion requesting that the date for the posting of these funds be extended until June 8, 2000. Defendant is in need of additional time within which to post this money with the Registry of the Court.

3. The undersigned's secretary has contacted Assistant United States Attorney Jeffrey Kay who does not oppose this motion.

**WHEREFORE,** for the reasons set forth above, Defendant respectfully requests that the motion be granted and that he be granted until July 7, 2000, to post $10,500 with the Registry of the Court.

                                    **RICHARD G. LUBIN, P.A.**
                                    1217 South Flagler Drive
                                    West Palm Beach, FL 33401-6706
                                    Telephone: 561/655-2040
                                    Facsimile: 561/655-2182
                                    Attorneys for Defendant

                                    By: _____
                                      RICHARD G. LUBIN
                                      Fla. Bar No. 182249

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy hereof has been mailed to **JEFFREY H. KAY, ESQ.**, Assistant U.S. Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394-3092 this 5th day of June, 2000.

By: _____
RICHARD G. LUBIN