UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**NIGHT BOX FILED**
JUN 19 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA

v.                                    CASE NO. 00-4083-SELTZER

MELVIN RUTH,                          Magistrate Judge Barry S. Seltzer

Defendant.
_____/

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, MELVIN RUTH, by and through his undersigned attorney, files this Unopposed Motion to Modify Conditions of Pretrial Release, and specifically requests that the Court enter an Order eliminating the special condition requiring Defendant to wear a Pretrial Services electronic bracelet. In support of this motion, Defendant states as follows:

1.      Defendant is charged via criminal Information with one (1) count of conspiracy to commit mail fraud in violation of Title 18, United States Code, Section 371.

2.      Defendant has been released on bond during the pendency of his case with special conditions including that he wear a Pretrial Services electronic bracelet until such time as the Government and Pretrial Services are satisfied that Defendant is in compliance with all of the conditions of his pretrial release.

3.      Defendant has scrupulously complied with all of the terms and conditions of his pretrial release. Accordingly, Defendant respectfully requests that this Court grant this unopposed motion and enter an Order directing Pretrial Services to remove Defendant's electronic bracelet.

4.      The undersigned has spoken with Assistant United States Attorney Jeffrey Kay who has no objection to the granting of this motion.



5.    The undersigned has spoken with Pretrial Services Officer David Nuby who has no objection to the granting of this motion.

**WHEREFORE**, for the reasons set forth above, Defendant respectfully requests that this motion be granted.

        **RICHARD G. LUBIN, P.A.**
        Second Floor, Flagler Plaza
        1217 South Flagler Drive
        West Palm Beach, Fl 33401
        Telephone: (561) 655-2040
        Facsimile: (561) 655-2182
        Attorneys for Defendant

        By: _____
           JOHN OLEA
           Florida Bar No. 088269

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true copy hereof has been mailed to **JEFFREY H. KAY, ESQ.**, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394; and to **DAVID NUBY**, Pretrial Services Officer, 299 E. Broward Blvd., Ste. 203, Ft. Lauderdale, FL 33301, this 19th day of June, 2000.

        By: _____
           JOHN OLEA

2