**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.  CASE NO. 00-4083-SELTZER

MELVIN RUTH,  Magistrate Judge Barry S. Seltzer

Defendant.
_____/

## ORDER ON DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

**THIS CAUSE** having come before the Court upon Defendant, MELVIN RUTH's, Unopposed Motion to Modify Conditions of Pretrial Release and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Modify Conditions of Pretrial Release is granted and Pretrial Services is hereby directed to remove Defendant's electronic bracelet. All other conditions of Defendant's pretrial release remain in full force and effect.

**SIGNED AND ENTERED** this 20th day of June, 2000.

_____
**BARRY S. SELTZER**
United States Magistrate Judge

Copies furnished:

John Olea, Esq., Richard G. Lubin, P.A., 1217 S. Flagler Drive, West Palm Beach, FL 33401
AUSA Jeffrey H. Kay, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394
David Nuby, Pretrial Services Officer, 299 E. Broward Blvd., Ste. 301, Ft. Lauderdale, FL 33301

