UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 JUL -5 PM 2: 11

UNITED STATES OF AMERICA

CLERK U.S. DIST. CT.
S.D. OF FLA. FTL

v.  CASE NO. 00-4083-SELTZER

MELVIN RUTH,  Magistrate Judge Barry S. Seltzer
Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND THE DATE OF THE
## PRELIMINARY HEARING FOR TEN (10) DAYS

Defendant, MELVIN RUTH, by and through his undersigned attorney, moves this Court for an Order extending the date for Preliminary Hearing from July 7, 2000 for a period of ten (10) days or at such time as is convenient for the Court. In support of this motion, Defendant states the following:

1.    The undersigned has spoken with Assistant United States Attorney Jeffrey H. Kay who joins in this motion.

**WHEREFORE,** for the reasons set forth above, Defendant respectfully requests that the motion be granted.

**I HEREBY CERTIFY** that a true copy hereof has been mailed to Jeffrey H. Kay, Esq., Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394-3092 this 5th day of ~~May,~~ July 2000.

> **RICHARD G. LUBIN, P.A.**
> Second Floor, Flagler Plaza
> 1217 South Flagler Drive
> West Palm Beach, FL 33401-6706
> Telephone: 561/655-2040
> Facsimile: 561/655-2182
> Attorneys for Defendant
>
> By: _____
> JOHN OLEA
> Fla. Bar No. 088269