**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.  CASE NO. 00-4083-SELTZER FLA.-FTL

MELVIN RUTH,  Magistrate Judge Barry S. Seltzer
Defendant.
_____/

## UNOPPOSED MOTION TO EXTEND DATE FOR POSTING
## OF FUNDS WITH REGISTRY OF THE COURT

Defendant, MELVIN RUTH, by and through his undersigned attorney, moves this Court for an Order extending for ten (10) days from July 7, 2000, the requirement that he place $10,500 with the Registry of the Court. In support of this motion, Defendant states as follows:

1. On May 8, 2000, Defendant appeared before the Honorable Barry S. Seltzer for a bond hearing. At that time, the Court released Mr. Ruth with a number of conditions, including a requirement that within ten (10) days he post an additional $10,500 with the Registry of the Court to procure his bond.

2. The undersigned has contacted Assistant United States Attorney Jeffrey Kay who does not oppose this motion.

**WHEREFORE,** for the reasons set forth above, Defendant respectfully requests that the motion be granted and that he be granted an additional ten (10) days from July 7, 2000, to post $10,500 with the Registry of the Court.

**RICHARD G. LUBIN, P.A.**
1217 South Flagler Drive
West Palm Beach, FL 33401-6706
Telephone: 561/655-2040
Facsimile: 561/655-2182
Attorneys for Defendant

By: _____
JOHN OLEA
Fla. Bar No. 088269

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy hereof has been mailed to **JEFFREY H. KAY, ESQ.**, Assistant U.S. Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394-3092 this 5th day of July, 2000.

By: _____
JOHN OLEA