**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED
JUL 5 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v.                                          CASE NO. 00-4083-SELTZER

MELVIN RUTH,                                Magistrate Judge Barry S. Seltzer
    Defendant.
_____/

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DATE OF THE PRELIMINARY HEARING FOR TEN (10) DAYS

**THIS CAUSE** having come before the Court upon Defendant, MELVIN RUTH's, Unopposed Motion to Extend the Date of the Preliminary Hearing for Ten (10) Days and the Court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Extend the Date of the Preliminary Hearing for Ten (10) Days is granted and the Preliminary Hearing is rescheduled for July 17, 2000 at 11:a.m.

**SIGNED AND ENTERED** this 5th day of July, 2000.

**BARRY S. SELTZER**
United States Magistrate Judge

Copies furnished:

John Olea, Esq., Richard G. Lubin, P.A., 1217 S. Flagler Drive, West Palm Beach, FL 33401
AUSA Jeffrey H. Kay, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394
David Nuby, Pretrial Services Officer, 299 E. Broward Blvd., Ste. 301, Ft. Lauderdale, FL 33301

