**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.                      CASE NO.: 00-4083-BSS

MELVIN RUTH,           Magistrate Judge Barry S. Seltzer

     Defendant.
_____/

FILED
JUL 5 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER ON DEFENDANT'S UNOPPOSED MOTION TO EXTEND DATE
### FOR POSTING OF FUNDS WITH REGISTRY OF THE COURT

**THIS CAUSE** having come before the Court upon the Unopposed Motion to Extend Date for Posting of Funds with Registry of the Court, it is hereby

**ORDERED AND ADJUDGED** that the Unopposed Motion to Extend Date for Posting of Funds with Registry of the Court is granted. Defendant an additional ten (10) days from July 8, 2000, within which to furnish Ten Thousand Five Hundred Dollars ($10,500) with the Registry of the Court.

**SIGNED AND ENTERED** this _5th_ day of June, 2000.

**BARRY S. SELTZER**
United States Magistrate Judge

Copies furnished:

     John Olea, Esq., 1217 S. Flagler Dr., West Palm Beach, FL 33401
     AUSA Jefrey H. Kay, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33394
     David Nuby, Pretrial Services Officer, 299 E. Broward Blvd., Ft. Lauderdale, FL 33301

