UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.   00-4083-Seltzer

MELVIN RUTH

## WAIVER OF TIMELY PRELIMINARY HEARING

The defendant having been advised of the right to a timely preliminary hearing or examination as to probable cause, and the defendant having refused and waived timely preliminary examination.

The matter is therefore reset to July 17th, 2000 at 11:00am before Magistrate Judge Lurana S. Snow in Fort Lauderdale, Florida.

DATED: 07-06-00   *Melvin Ruth*
                   DEFENDANT

WITNESSED BY COUNSEL OF RECORD:
Richard G. Lubin, Esq.
Second Floor, Flagler Plaza
1217 South Flagler Drive
West Palm Beach, Florida 33401-6706