JHK:sr

`JUL 1 3 2000`

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193

18 U.S.C. 371

**CR - FERGUSON**

UNITED STATES OF AMERICA,         :

    PLAINTIFF,         :

v.         :

MELVIN RUTH,         :

    DEFENDANT.         :

MAGISTRATE JUDGE
SNOW

## INFORMATION

*The United States Attorney charges:*

### Count One - Conspiracy

1.    Beginning on or about January 1, 2000, and continuing to on or about March 30, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

MELVIN RUTH,

and others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire, confederate, and agree to commit offenses against the United States of America, that is, mail fraud, in violation of Title 18, United States Code, Section 1341; and wire fraud, in violation of Title 18, United States Code, Section 1343.

## Background

At all times relevant to this information:

2. Chase Capital Management, Inc. (hereinafter referred to as CCMI) was a telemarketing firm whose office was located at 2701 West Oakland Park Blvd., Fort Lauderdale, Florida. As part of the telemarketing business, CCMI was in the foreign currency market selling investments to investors across the United States in that CCMI would solicit money from investors to invest in various foreign currency markets. CCMI salespeople would tell the investors that CCMI would invest the investors' funds in various foreign currency markets and that they would be able to make large amounts of money on these initial investments which were also known as "spot trading." CCMI maintained its corporate bank accounts at Nationsbank and Washington Mutual Bank. CCMI maintained a trading account at Money Garden Corporation in New York City, New York.

## Object of the Conspiracy

3. It was the object of the conspiracy that the defendant, having devised a scheme and artifice to defraud, would and did unlawfully enrich himself by knowingly and willfully making, and causing others to make, false and fraudulent statements, representations and promises and by knowingly and willfully concealing and omitting material facts over the telephone in order to obtain moneys from persons, who were being solicited to invest in foreign currency markets.

2

### Manner and Means of Conspiracy

4. It was part of the conspiracy that employees of CCMI would and did obtain the names of persons who were interested in investing in foreign currency markets. It was further part of the conspiracy to defraud that the owner of CCMI, MELVIN RUTH, would and did provide the names of the persons who were interested in investing in foreign currency markets to telephone sales people of CCMI. Between on or about January 1, 2000, and March 30, 2000, the sales people of CCMI, at the direction of defendant MELVIN RUTH, would and did contact by telephone potential investors who lived throughout the United States. The sales people would and did tell the investors that CCMI had been successful in investing money for people in the foreign currency markets and that they could make a lot of money through these investments.

5. It was further a part of the conspiracy that defendant MELVIN RUTH would and did encourage the sales people to tell the potential investors that their money would be placed in active trading accounts and that they could always close out their trading accounts.

6. It was further part of the conspiracy that CCMI employees would and did tell the potential investors to make their checks payable to CCMI or to wire transfer their funds to CCMI's bank accounts.

7. It was a further part of the conspiracy that the funds received from the investors were either partially invested, or not invested at all, in any currency trading account and that the investors' funds were actually used to pay the sales people of CCMI and pay CCMI expenses with the remainder of the funds kept by the defendant MELVIN RUTH and others.

8. It was a further part of the conspiracy that while CCMI was operating no investors made money on any investments and, in fact, all lost their money.

3

## OVERT ACTS

In furtherance of said conspiracy and to effect the object thereof, the following overt acts, among others, were committed within the Southern District of Florida and elsewhere by at least one co-conspirator:

1. On or about January 31, 2000, the defendant MELVIN RUTH caused Donald Schimmel to wire transfer $3,000 from the State of Washington to the CCMI account 0034/41869030 at NationsBank in Aventura, Florida.

2. On or about February 2, 2000, CCMI caused to be sent by Federal Express promotional literature and a contract to Cheryl Nassallo in Illinois.

3. On or about February 3, 2000, CCMI caused to be sent by Federal Express promotional literature and a contract to Matthew Martinez in California.

4. On or about February 3, 2000, CCMI caused to be sent by Federal Express promotional literature and a contract to Donna Abellera in California.

5. On or about February 3, 2000, the defendant MELVIN RUTH caused Stuart Haire to wire transfer $3,000 from Illinois to the CCMI account 0034/41869030 at NationsBank in Aventura, Florida.

6. On or about February 4, 2000, CCMI caused to be sent by Federal Express promotional literature and a contract to Lorin Sessman in New Jersey.

7. On or about February 4, 2000, CCMI caused to be sent by Federal Express promotional literature and a contract to Robert Walz in Missouri.

8. On or about February 10, 2000, the defendant MELVIN RUTH caused Robert Walz to wire transfer $5,000 from Missouri to the CCMI account 0034/41869030 at NationsBank in

4

Aventura, Florida.

9. On or about February 11, 2000, the defendant MELVIN RUTH caused Irene Bazylak to wire transfer $3,000 from California to the CCMI account 0034/41869030 at NationsBank in Aventura, Florida.

10. On or about February 18, 2000, the defendant MELVIN RUTH caused John Scanlon to wire transfer $3,000 from Pennsylvania to the CCMI account 0034/41869030 at NationsBank in Aventura, Florida.

11. On or about February 29, 2000, the defendant MELVIN RUTH caused Savy Hor to wire transfer $3,000 from Minnesota to the CCMI account 0034/41869030 at NationsBank in Aventura, Florida.

12. On or about March 7, 2000, the defendant MELVIN RUTH caused Fred Killian to wire transfer $3,000 from Illinois to CCMI's bank account number 38001944675 at Washington Mutual Bank, in North Miami Beach, Florida.

13. On or about March 10, 2000, the defendant MELVIN RUTH caused C. Patel to wire transfer $3,000 from California to CCMI's bank account 0034/41869030 at NationsBank in Aventura, Florida.

14. On or about March 10, 2000, the defendant MELVIN RUTH caused Fred Killian to wire transfer $1,700 from Illinois to CCMI's bank account 0034/4186900 at NationsBank in Aventura, Florida.

5

All in violation of Title 18, United States Code, Section 371.

*[signature]*
for GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
JEFFREY H. KAY
ASSISTANT U.S. ATTORNEY

6

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|

v.

MELVIN RUTH

_____

**CERTIFICATE OF TRIAL ATTORNEY***
**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
X FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)

   I    0 to 5 days      __X__     Petty      ___
   II   6 to 10 days     ___       Minor      ___
   III  11 to 20 days    ___       Misdem.    ___
   IV   21 to 60 days    ___       Felony     __X__
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __NO__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No) __YES__
   If yes:
   Magistrate Case No. __00 4083 SNOW__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

_____
JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
FLA BAR. 208035

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: **MELVIN RUTH**   No. _____

Count #: **I 18 U.S.C. § 371, Conspiracy**

*Max. Penalty: **5 years' imprisonment; $250,000 fine under § 371; §2326 enhanced penalty of 15 years additionally; restitution mandatory**

Count #:

*Max. Penalty:

Count #:

Max. Penalty:

Count#:

Max. Penalty:

Count#:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96