AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MELVIN RUTH

**WAIVER OF INDICTMENT**

CASE NUMBER: 00-6193

MAGISTRATE JUDGE
SNOW

I, MELVIN RUTH, the above named defendant, who is accused of mail fraud, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on ___7/17/2000___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Melvin Ruth_
MELVIN RUTH
Defendant.

_Richard Lubin_
RICHARD LUBIN
Counsel for Defendant

Before _Lurana S. Snow_
UNITED STATES MAGISTRATE JUDGE