## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: MELVIN RUTH (B)    CASE NO: 6193-CR-WDF 00-~~4083-BSS~~

AUSA: JEFFREY KAY /Kapla    ATTY: RICHARD LUBIN, ESQ. - John Olea

AGENT:    VIOL:

PROCEEDING: ~~PRELIM~~/ARRAIGNMENT    RECOMMENDED BOND:

BOND HEARING HELD - yes / no    COUNSEL APPOINTED:

BOND SET @:    To be cosigned by:

FILED by ___ D.C.
JUL 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ___
- ☐ Travel extended to: ___
- ☐ Halfway House ___

INFO
Reading of ~~indictment~~ Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Waiver of indictment executed
One tenus motion to extend date to post 10% bond funds to July 31 & Granted

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 7/17/00    TIME: 11:00 A.M.    FTL/LSS TAPE # 00 - 037 and 038    Begin: 3614    End: 72__

29