UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6193-CR-FERGUSON

UNITED STATES OF AMERICA

vs

MELVIN RUTH

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JULY 17, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:                    Address:___BOND_____

_____

Telephone:_____

DEFENSE COUNSEL:              Name:_____RICHARD LUBIN, ESQ._____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:      $_____CON'T AS SET_____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this___17TH___ day of ___AUGUST_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By:_____
     Deputy Clerk

Tape No.____00-___037/038

cc: Copy for Judge
    U. S. Attorney