**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA

v.                                              CASE NO. 00-6193-FERGUSON

MELVIN RUTH,                                    Magistrate Judge Snow

Defendant.
_____/

## UNOPPOSED MOTION FOR POSTING OF FUNDS WITH REGISTRY OF THE COURT IN INSTALLMENTS

Defendant, MELVIN RUTH, by and through his undersigned attorney, moves this Court for an Order allowing installment payments of the requirement that he place $10,500 with the Registry of the Court. In support of this motion, Defendant states as follows:

1.  On May 8, 2000, Defendant appeared before the Honorable Barry S. Seltzer for a bond hearing. At that time, the Court released Mr. Ruth with a number of conditions, including a requirement that within ten (10) days he post an additional $10,500 with the Registry of the Court to procure his bond.

2.  The posting of this Bond with the Registry of the Court is currently due on July 31, 2000.

3.  Due to his current financial status, the Defendant is currently unable to make the entire $10,500 posting.

4.  The Defendant respectfully requests that he be allowed to make installment payments towards the posting of the bond.

5.  The undersigned has contacted Assistant United States Attorney Jeffrey Kay who does not oppose this motion.



**WHEREFORE,** for the reasons set forth above, Defendant respectfully requests that the motion be granted and that he be allowed to make installment payments in order to post $10,500 with the Registry of the Court.

Respectfully submitted,

*RICHARD G. LUBIN, P.A.*
1217 South Flagler Drive
Second Floor — Flagler Plaza
West Palm Beach, Florida 33401
561.655.2040
561.655.2182 *(facsimile)*
Attorneys for Defendant

BY: _____
JOHN OLEA
Florida. Bar No.: 088269

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy hereof has been mailed to **JEFFREY H. KAY, ESQ.**, Assistant U.S. Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394-3092 this 31st day of July, 2000.

_____
JOHN OLEA