JK/sls

**ENVELOPES NOT PROVIDED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-6193-CR-FERGUSON

UNITED STATES OF AMERICA, )
)
         Plaintiff, )
v. )
)
MELVIN RUTH )
         Defendant. )
_____ )

GOVERNMENT'S MOTION TO CONTINUE SENTENCING

**COMES NOW** the United States of America by and through the undersigned Assistant United States Attorney respectfully requests a continuance in this matter now set for sentencing on Friday, January 19, 2001 at 9:30am.

On January 16, 2001 undersigned counsel is specially set to start a trial before Judge Middlebrooks in <u>U.S. v. Kratenstein</u> that will last 3-4 weeks. Judge Middlebrooks is trying the case Monday - Friday, 9:00 - 5:300 pm.

Due to the complicated nature of the sentencing undersigned counsel for the court requests a continuance of the sentencing date.



Government counsel has spoken to defense counsel who has no objection to the sentencing to be continued.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: *[signature]*

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar #0208035
500 East Broward Blvd. Suite 700
Fort Lauderdale, FL 33394

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to the below named on this 25 day of December 2000.    Richard Lubin, Esq.
1217 Flagler Drive, #2
West Palm Beach, Florida 33401

*[signature]*

JEFFREY H. KAY
ASSISTANT UNITED STATES ATTORNEY