# United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | DOCKET NO. | MAGISTRATE CASE NO. |
|---|---|---|
| -v- | 00-6193-CR-FERGUSON | |

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED**

MELVIN RUTH, DOB 1/23/41
Prisoner # 53779-004

Melvin Ruth
6199 Lavida Terr
Boca Raton, Florida 33433

**WARRANT ISSUED ON THE BASIS OF:**
☒ Order of Court
☐ Indictment  ☐ Information  ☐ Complaint

**TO:** ANY US. Marshal or authorized representative

**DISTRICT OF ARREST:** Southern Florida
**CITY:** Boca Raton

FILED by _____ D.C.
JUL 11 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Failure to surrender for service of sentence pursuant to a court order.

| IN VIOLATION OF | UNITED STATES CODE TITLE | SECTION |
|---|---|---|
| | 18 | 3146(a)(1)(2) |

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|
| NO BOND | |

| ORDERED BY | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE |
|---|---|---|
| WILKIE D. FERGUSON, JR., UNITED STATES DISTRICT JUDGE | | 7/11/01 |

| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |
|---|---|---|
| Clarence Maddox | Troy T. Walker | 7/11/01 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1] United States Judge or Judge of a State Court of Record