# United States District Court

**DISTRICT:** SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**
v.
MELVIN RUTH, DOB 1/23/41
Prisoner # 53779-004

**DOCKET NO.:** 00-6193-CR-FERGUSON
**MAGISTRATE CASE NO.:**

**NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:**
Melvin Ruth
6199 Lavida Terr
Boca Raton, Florida 33433

**WARRANT ISSUED ON THE BASIS OF:**
☒ Order of Court
☐ Indictment  ☐ Information  ☐ Complaint

**TO:** ANY US. Marshal or authorized representative

**DISTRICT OF ARREST:** Southern Florida
**CITY:** Boca Raton

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Failure to surrender for service of sentence pursuant to a court order.

**IN VIOLATION OF**
**UNITED STATES CODE TITLE:** 18
**SECTION:** 3146(a)(1)(2)

**BAIL FIXED BY COURT:** NO BOND
**OTHER CONDITIONS OF RELEASE:**

**ORDERED BY:** WILKIE D. FERGUSON, JR., UNITED STATES DISTRICT JUDGE
**SIGNATURE JUDGE:** [signature]
**DATE:** 7/11/01

**CLERK OF COURT:** Clarence Maddox
**(BY) DEPUTY CLERK:** Troy T. Walker
**DATE ISSUED:** 7/11/01

## RETURN

This warrant was received and executed with the arrest of the above-named person.

**DATE RECEIVED:** 7/11/01
**DATE EXECUTED:** 7/16/01
**NAME AND TITLE OF ARRESTING OFFICER:** James A. Tassone, U.S. Marshal, Southern District of Florida
**SIGNATURE OF ARRESTING OFFICER:** [signature] Edward Purchase, SDUSM

[1] United States Judge or Judge of a State Court of Record