## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | |
|---|---|---|
| DEFT: MELVIN RUTH (J) | CASE NO: | 00-6193-CR-FERGUSON |
| AUSA: JEFFREY KAY / Stefer | ATTY: Kirk VOLKER, ESQ. | |
| AGENT: | VIOL: | FAILURE TO SURRENDER TO SERVE SENTENCE |
| PROCEEDING: APPEARANCE ON FTA | RECOMMENDED BOND: NO BOND | |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: | |
| BOND SET @: | To be cosigned by: | |

JUL 17 2001
CLARENCE MADDOX
CLERK U S DIST. CT.
S.D. OF FLA FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.   *Advised he will*
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.   *be turned over*
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.   *to BOP to*
- ❏ Maintain or seek full - time employment.   *serve sentence*
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____.
- ❏ Travel extended to: _____.
- ❏ Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |
| DATE: 7/17/01   TIME: 11:00   FTL/LSS TAPE # 01 - 035   Begin: 1262   End: 1313 | | | | |