JUL 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF F.A. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 53779-004

UNITED STATES OF AMERICA )
               Plaintiff ) Case Number: CR 00-6193-CR-WDF
                ) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
MELVIN RUTH )
    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
     MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-16-01 _____ am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FAILURE TO APPEAR TO SERVE SENTENCE

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: 1-23-41

(6) Type of Charging Document: (check one)
    [ ] Indictment [ ] Complaint To be filed/Already filed
    Case# _____

    [X] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 7-16-01  (9) Arresting Officer: _____

(10) Agency: USMS  (11) Phone: _____

(12) Comments: _____