AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

Judgment-Page __2__ of __7__

DEFENDANT:  **MELVIN RUTH, (J) 53779-004**
CASE NUMBER:  **0:00CR06193-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___33___ month(s)_____.

**As to Count One of the Information.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m.  on _____ .

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 2 p.m. on _____04/27/2001_____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _9/28/2001_ to _D. L. Hobbs, Warden_
at _Jesup, GA_, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal