UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,** )
                                    )    CASE NUMBER
        PLAINTIFF,     )    00-6193-CR-FERGUSON
                                    )
   VS.                           )
                                    )
**MELVIN RUTH,**                )    THIS VOLUME:
                                    )    PAGES 1 - 20
        DEFENDANT.     )
_____)

TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE HONORABLE WILKIE D. FERGUSON, JR., IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON WEDNESDAY, NOVEMBER 8, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:     JEFFREY H. KAY, A.U.S.A.

FOR THE DEFENDANT:     KIRK VOLKER, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**