# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

MELVIN RUTH,

     Movant,

vs.

UNITED STATES OF AMERICA,

     Respondent.

_____/

Case No. 02-61197-CIV-FERGUSON
       00-6193-CR-FERGUSON



## ORDER ADOPTING REPORT AND RECOMMENDATION

    **THIS CAUSE** is before the Court on the movant's Motion to Vacate, Set Aside, or Correct Sentence [D.E.1].

    **THE MATTER** was referred to the honorable Lurana S. Snow, United States Magistrate Judge. A Report and Recommendation dated October 31, 2002, has been filed. Having duly considered the motion, response, report and recommendation, objection and pertinent portions of the record, it is **ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED** as the findings and conclusions of the Court. Accordingly, motion [D.E.1] is **DENIED**.

    **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 15TH day of November, 2002.

                                  WILKIE D. FERGUSON, JR.
                                  UNITED STATES DISTRICT JUDGE

copies provided:
Kirk Volker, Esq.
Jeff Kay, AUSA