PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 63610

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:00CR06193-001

**Request for Modifying the Conditions or Term of Supervision  
with Consent of the Offender**  
(Probation Form 49, Waiver of Hearing is Attached)

FILED by ____ D.C.

MAR 29 2004

CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

Name of Offender: Melvin Ruth

Name of Sentencing Judicial Officer: Honorable Wilkie D. Ferguson, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 24, 2001

| | |
|---|---|
| Original Offense: | Count 1: Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. §371, a Class 'D' Felony. |
| Original Sentence: | Thirty-three (33) months custody of the Bureau of Prisons followed by three (3) years supervised release, $179,716.00 restitution and $100 special assessment. Special conditions: The defendant shall maintain full-time, legitimate employment and is not to be unemployed for a term of more than 30 days unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation including, but not limited to pay stubs, contractual agreements, W-2 Wage and Earning Statements, and other documentation requested by the U.S. Probation Officer. The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the U.S. Probation Officer. The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer. |

Type of Supervision:  
Supervised Release

Date Supervision Commenced:  
December 10, 2003

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.  
[XX]  To modify the conditions of supervision as follows:

The defendant shall pay restitution totaling $179,716.00 at a rate of 10 percent of monthly gross earnings, until such time as the Court may alter that payment schedule in the interest of justice. The United States Probation Office and the United States Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay. The restitution shall be made payable to the Clerk, United States Courts, and forwarded to: Clerk of the Court, Attention: Financial Section, Room 150, 301 North Miami Avenue, Miami, Florida 33128-7788.



PROB 12B                                                                                    SD/FL PACTS No. 63610
(SD/FL 9/96)

## CAUSE

Upon the defendant's release from incarceration on December 10, 2003, after reviewing his current financial status, and based on his financial ability, a restitution payment plan of ten percent of his gross income was discussed. Mr. Ruth is employed in marketing and is a salaried employee. His potential for increase in income exists based on the sales of the company. His future income will likely change, therefore probation and the defendant do not feel it would be prudent to set restitution at a set dollar amount.

Pursuant to the 11th Circuit decision in the case of **Prouty v. United States** (303 F.3d 1249), the court is required to set an offender's restitution payment schedule. Mr. Ruth has signed Probation Form 49, which is attached to this petition, in which he has agreed to this modification.

Respectfully submitted,

by Kathy J. Kosior
U.S. Probation Officer
Phone: 561-999-4813
Date: March 23, 2004

---

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

3/26/04
Date