UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        CASE NO. 00-6193-Cr-Marra

    Plaintiff,

vs.

MELVIN RUTH,

    Defendant.
_____/

FILED by MdC D.C.
APR 15 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER DENYING MOTION

THIS CAUSE is before the Court upon Unopposed Motion for Disbursement of Bond (DE# 53). After due consideration of the record and the motion, the Court finds that the bond was previously disbursed on 10/31/01 under Magistrate Judge's case number 00-4083-MG-Seltzer, therefore, it is hereby

ORDERED and ADJUDGED that the Motion is **DENIED AS MOOT**.

DONE and ORDERED at Ft. Lauderdale, Florida, in chambers this 15th day of April 2004.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies provided to:

    Jeffrey Kay, AUSA
    Kirk C. Volker, Esq.